# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136927

HABIB MAMOU and V & M CORPORATION,
d/b/a ROYAL OAK WASTE PAPER AND
METAL COMPANY NO. 2,
            Plaintiffs-Appellants,

v

EDWARD C. CUTLIP, JR. and KERR,
RUSSELL & WEBER, P.L.C.,
            Defendants-Appellees.

SC: 136927
COA: 275862
Wayne CC: 04-432424-NM

_____/

        On order of the Court, the application for leave to appeal the June 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

d0316